UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| IN RE: | ) | |
|---|---|---|
| **KATHRYN A. QUASIUS** | ) | Case No. 16-26146-GMH |
| | ) | |
| | ) | CHAPTER 13 |
| DEBTOR | ) | |

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN THAT:

The Debtor has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, **then on or before 21 days after service of the notice**, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plan statement of the factual and legal basis for the objection. File your written request at:

> Clerk of Bankruptcy Court
> 517 East Wisconsin Ave.
> Room 126
> Milwaukee, WI 53202

If you mail your request to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

> Bankruptcy Law Office of Richard A. Check
> 757 N. Broadway, Ste. 401
> Milwaukee, WI 53202

If you or your attorney, do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the plan.

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
rickchecklaw@aol.com

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

     **X**   the Debtor;

   _____ the Chapter 13 Trustee (post-confirmation modifications only);

   _____ the holder of an unsecured claim

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

   A. \_\_\_ post-confirmation;

   B. **X** pre-confirmation (Select i. or ii.);

       i. \_\_\_\_\_ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

       ii.  **X**   Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are: *see attached list

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:

\*Debtor wishes to change frequency of chapter 13 plan payments.

4. The reason(s) for the modification is/are:

\*Due to clerical error Debtor's original plan stated that Debtors were to pay on a monthly basis *and* bi-weekly basis by automatic payroll deductions

\*Debtor would like to clarify that payments are to be made on a monthly basis by direct payments to the trustee.

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
court@richardacheck.com

5. Select A. or B.

    A. ___ The Chapter 13 Plan confirmed or last modified on _____ is modified as follows: N/A

    B. _X_ The unconfirmed Chapter 13 Plan filed June 15th, 2016 is modified as follows:

**\*Debtor shall make plan payments of 1,321 per month by direct payments to the Trustee.**

**\*Debtor's plan payments shall not be deducted from her payroll.**

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
court@richardacheck.com

## **CERTIFICATION**

I, Attorney Richard A. Check, attorney for Debtors, certify that I have reviewed the modification proposed above with the Debtor(s), and that the Debtor(s) has/have authorized me to file it with the court.

S://_____          7/26/2016_____
Attorney Richard A. Check                                         Date

      WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated July 26th, 2016 in Milwaukee, WI 53202

                              Signature: S://_____
                                          Richard A. Check
                                          #10122-04
                                          Attorney for Debtor(s)

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
court@richardacheck.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Notice and Request to Modify Chapter 13 plan were mailed First Class to persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on July 26, 2016

Kathryn A Quasius
725 Mead Ave
Sheboygan, WI 53081-6357

Additionally, the documents referenced above were also served via electronic means on the following individuals on July 26, 2016:

| United States Trustee | Mary Grossman |
| Eastern District of WI | Chapter 13 Trustee |
| 517 E Wisconsin Ave, Rm 430 | PO Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |

S://_____

Date: 7/26/2016      Eileen Vita
                     Paralegal for Attorney Richard A. Check

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
court@richardacheck.com