# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: )<br>**KATHRYN A. QUASIUS** )<br>)<br>)<br>**DEBTOR** ) | **Case No. 16-26146-GMH**<br><br>CHAPTER 13 |

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN THAT:

The Debtor has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, **then on or before 21 days after service of the notice**, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plan statement of the factual and legal basis for the objection. File your written request at:

    Clerk of Bankruptcy Court
    517 East Wisconsin Ave.
    Room 126
    Milwaukee, WI 53202

If you mail your request to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

    Bankruptcy Law Office of Richard A. Check
    757 N. Broadway, Ste. 401
    Milwaukee, WI 53202

If you or your attorney, do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the plan.

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
rickchecklaw@aol.com

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

   __X__ the Debtor;

   _____ the Chapter 13 Trustee (post-confirmation modifications only);

   _____ the holder of an unsecured claim

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

   A. __X__ post-confirmation;

   B. ___ pre-confirmation (Select i. or ii.);

   i. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

   ii. __X__ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are: *see attached list

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:

*Debtor wishes to account for missed payments to the plan

*Debtor wishes to adjust plan payment amount

4. The reason(s) for the modification is/are:

*Debtor missed multiple plan payment to the Chapter 13 Trustee and has fallen delinquent to the plan in the amount of $6,730. Debtor must account for this delinquency and make up for it by increasing her plan payments to assure all claims are paid in full within the maximum 60 month term

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
court@richardacheck.com

5. Select A. or B.

    A. __X__ The Chapter 13 Plan confirmed or last modified on __July 18th, 2017__ is modified as follows: N/A

    B. ___ The unconfirmed Chapter 13 Plan filed _____ is modified as follows:

**\*Debtor shall make plan payments of 1,471 per month by direct payments to the Trustee before the end of each month beginning with November 2017 until the plan has been paid in full.**

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

**6. BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
court@richardacheck.com

# **CERTIFICATION**

I, Attorney Richard A. Check, attorney for Debtors, certify that I have reviewed the modification proposed above with the Debtor(s), and that the Debtor(s) has/have authorized me to file it with the court.

S://_____      10/13/2017
Attorney Richard A. Check                Date

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated October 13th, 2017 in Milwaukee, WI 53202

Signature: S://_____
Richard A. Check
#10122-04
Attorney for Debtor(s)

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
court@richardacheck.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice and Request to Modify Chapter 13 plan were mailed First Class to persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on October 13th, 2017

Kathryn A Quasius
725 Mead Ave
Sheboygan, WI 53081-6357

*See attached mailing matrix

Additionally, the documents referenced above were also served via electronic means on the following individuals on October 13th, 2017:

United States Trustee
Eastern District of WI
517 E Wisconsin Ave, Rm 430
Milwaukee, WI 53202

Scott Lieske
Chapter 13 Trustee
PO Box 510920
Milwaukee, WI 53203

Date: 10/13/2017

S://
Samuel Check
Paralegal for Attorney Richard A. Check

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
court@richardacheck.com

```
Label Matrix for local noticing              Atlas Acquisitions LLC                  Synchrony Bank
0757-2                                       294 Union St.                           c/o Recovery Management Systems
Case 16-26146-gmh                            Attn: Avi Schild                        Corporation
Eastern District of Wisconsin                Hackensack, NJ 07601-4303               25 SE 2nd Avenue, Suite 1120
Milwaukee                                                                            Miami, FL 33131-1605
Fri Oct 13 15:21:52 CDT 2017

U.S. Bank Trust, N.A., as Trustee for LSF9 M AD Astra Receivables SVS                AT&T
c/o Gray & Associates, LLP                   7330 W 33rd St N                        5020 Ash Grove Dr
16345 West Glendale Drive                    Wichita, KS 67205-9369                  Springfield, IL 62711-6329
New Berlin, WI 53151-2841


Advance America                              Amazon/Cardmember Service               Americash Loans LLC
573 S Taylor Dr                              PO Box 94014                            800 Lee St Ste 302
Sheboygan, WI 53081-4234                     Palatine, IL 60094-4014                 Des Plaines, IL 60016-6448



(p)AMERICOLLECT INC                          Associated Bank                         Atlas Acquisitions LLC
PO BOX 2080                                  PO Box 19006                            294 Union St
MANITOWOC WI 54221-2080                      Green Bay, WI 54307-9006                Hackensack, NJ 07601-4303



Aurora Medical Center                        BP Law Group                            Caliber Home Loans
PO Box 091700                                1900 Main St Ste 610                    715 Metropolitan Ave
Milwaukee, WI 53209-8700                     Irvine, CA 92614-7319                   Oklahoma City, OK 73108-2088



Capital One                                  Credit Coll                             Credit Collections Svc
PO Box 12914                                 PO Box 607                              PO Box 773
Norfolk, VA 23541-0914                       Norwood, MA 02062-0607                  Needham, MA 02494-0918



Cybercollect                                 Diversified Services                    ECMC
2612 Jackson Ave W                           6240 Cedar Close                        PO Box 16408
Oxford, MS 38655-5405                        Fairburn, GA 30213-4609                 St. Paul, MN 55116-0408



ECMC                                         EOS CCA                                 EZ Money Payday Loans
PO Box 16478                                 700 Longwater Dr                        2324 18th St Ste D
Saint Paul, MN 55116-0478                    Norwell, MA 02061-1624                  Kenosha, WI 53140-1309



Ecmc                                         Ecmc                                    Exeter Finance Corp
1 Imation Pl Bldg 2                          101 5th St E                            PO Box 166008
Oakdale, MN 55128-3422                       Saint Paul, MN 55101-7515               Irving, TX 75016-6008



Exeter Finance Corp                          Exeter Finance Corp                     Exeter Finance Corp.
PO Box 166097                                PO Box 167399                           P.O. Box 165028
Irving, TX 75016-6097                        Irving, TX 75016-7399                   Irving, TX 75016-5028
```

| | | |
|---|---|---|
| First Rate 2 Go<br>PO Box 184<br>Des Plaines, IL 60016-0003 | GC Services<br>GC Services Limited Partnership ATTN: We<br>6330 Gulfton St<br>Houston, TX 77081-1108 | GECRB/Amazon<br>PO Box 960013<br>Orlando, FL 32896-0013 |
| Galnay Financial Services<br>1290 W Spring St SE Ste 70-15<br>Smyrna, GA 30080-3686 | Georgia Student Finance<br>2082 E Exchange Pl<br>Tucker, GA 30084-5334 | HSBC Bank<br>PO Box 9<br>Buffalo, NY 14240-0009 |
| Horizon Opportunities<br>PO Box 1431<br>Skokie, IL 60076-8431 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 |
| Kwik Trip Inc<br>1626 Oak St<br>La Crosse, WI 54603-2308 | Mobile Loans LLC<br>151 Melancon Rd<br>Marksville, LA 71351-3065 | Monco Law Offices SC<br>PO Box 1641<br>Brookfield, WI 53008-1641 |
| Mounain Top Service<br>4691 Clifton Pkwy<br>Hamburg, NY 14075-3201 | Northwoods Collections<br>3439 East Ave S<br>La Crosse, WI 54601-7241 | O'Dess & Associates<br>1414 Underwood Ave Ste 403<br>Wauwatosa, WI 53213-2653 |
| Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 | Ozelie Law, LLC<br>750 S Dixie Hwy<br>Boca Raton, FL 33432-6108 | P.N. Financial<br>PO Box 1431<br>Skokie, IL 60076-8431 |
| PICK N' SAVE<br>MS-1215<br>PO Box 473<br>Milwaukee, WI 53201-0473 | PayPal<br>2211 N 1st St<br>San Jose, CA 95131-2021 | Piggly Wiggly Midwest LLC<br>2215 Union Ave<br>Sheboygan, WI 53081-5561 |
| Polygroup Investments and Holdings LLC<br>212218 St Andrews Blvd #755<br>Boca Raton, FL 33433 | Porania, LLC<br>P.O. Box 12213<br>Scottsdale, AZ 85267-2213 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 | Progressive Insurance<br>PO Box 31260<br>Tampa, FL 33631-3260 | Quality State Oil<br>2201 Calumet Dr<br>Sheboygan, WI 53083-4699 |
| Quantum3 Group LLC<br>12006 98th Ave NE Ste 200<br>Kirkland, WA 98034-4218 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |

Reizman Berger, PC
7700 Bonhomme Ave Fl 7
Saint Louis, MO 63105-1999

SAR and Associates
8201 Peters Rd Ste 1000
Plantation, FL 33324-3266

Santander Consumer USA Inc
Bankruptcy Department
8585 N Stemmons Fwy
Dallas, TX 75247-3822

Seaside Payday
1760 Fremont Blvd
Seaside, CA 93955-3635

Short Term Financial
1935 W Silver Spring Dr Ste 2
Milwaukee, WI 53209-4445

(p)SOURCE RECEIVABLES MANAGEMENT
PO BOX 4068
GREENSBORO NC 27404-4068

Source Receivables Mgmt c/o Sprint
PO Box 4068
Greensboro, NC 27404-4068

Speedy Cash
3611 N Ridge Rd
Wichita, KS 67205-1214

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

State Collection Services
PO Box 6250
Madison, WI 53716-0250

The Cash Store
530 Walton Dr
Plymouth, WI 53073-5000

Tri-State Adjustments
PO Box 3219
La Crosse, WI 54602-3219

U.S. Bank Trust, N.A., as Trustee
c/o Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134-2500

US Bank Trust
PO Box 24330
Oklahoma City, OK 73124-0330

Unique National Collection
119 E Maple St
Jeffersonville, IN 47130-3439

Unique National Collections
119 E Maple St
Jeffersonville, IN 47130-3439

Unique Ntl C
119 E Maple St
Jeffersonville, IN 47130-3439

We Energies
Attn Bankruptcy Dept. RM A130
333 W Everett St
Milwaukee WI 53203-2803

Wells Fargo Bank N.A., d/b/a Wells Fargo Dea
Services
PO Box 19657
Irvine, CA 92623-9657

Wells Fargo Dealer Service
PO Box 25341
Santa Ana, CA 92799-5341

West Asset Management
2703 N US Highway 75
Sherman, TX 75090-2567

Wi Electric
Wi Energies
PO Box 2046
Milwaukee, WI 53201-2046

Wisconsin Department of Revenue
PO Box 8901
Madison, WI 53708-8901

Wisconsin Electric Pow
231 W Michigan St # A130
Milwaukee, WI 53203-2918

(p)WISCONSIN PUBLIC SERVICE CORPORATION
W 1830 WEST CLEVELAND AVE
MARINETTE WI 54143-9513

Wisconsin Public Service Corp
PO Box 19003
Green Bay, WI 54307-9003

gemb/Walmart
PO Box 981400
El Paso, TX 79998-1400

overhead door
3939 W Spencer St
Appleton, WI 54914-4099

Kathryn A Quasius
725 Mead Ave
Sheboygan, WI 53081-6357

Richard A. Check
Bankruptcy Law Office of Richard A. Chec
757 North Broadway
Suite 401
Milwaukee, WI 53202-3612

Scott Lieske
Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203-0161

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americollect
PO Box 1566
Manitowoc, WI 54221-1566

IRS
PO Box 21126
Philadelphia, PA 19114-0326

Portfolio Recovery
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541-1067

(d)Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541-0914

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

Source Receivables Management
4615 Dundas Dr Ste 102
Greensboro, NC 27407-1761

Sprint
PO Box 660092
Dallas, TX 75266-0092

(d)Sprint Corp.
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

Wisconsin Public Service Corp
PO Box 19001
Green Bay, WI 54307-9001

End of Label Matrix
Mailable recipients    90
Bypassed recipients     0
Total                  90