So Ordered.

Dated: October 28, 2020



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 16-26146 |
| Kathryn A Quasius, | CHAPTER 13 |
| DEBTOR. | Judge G. Michael Halfenger |

**ORDER GRANTING STIPULATION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT**

The Court, having reviewed the Stipulation for Relief from the Automatic Stay and Abandonment as to U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust ("Creditor") in regard to the Motion for Relief from Automatic Stay as to Property located at 725 Mead Ave, Sheboygan, WI 53081.

**IT IS HEREBY ORDERED** that the Stipulation in regard to the Motion for Relief from Automatic Stay and Abandonment as to Property located at 725 Mead Ave, Sheboygan, WI 53081 is **GRANTED**.

**IT IS FURTHER ORDERED** that the Order is a final Order upon entry

# # # # #

Prepared by:
Jon Lieberman (OH 0058394)
Sottile and Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: (513) 444-4100
bankruptcy@sottileandbarile.com